**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BRIAN J. DORSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-CV-00198-HEA |
| TREVOR FOLEY, MYLES STRID, and RICHARD ADAMS, | ) ) ) ) |
| Defendants. | ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

In accordance with the Opinion, Memorandum and Order filed herewith and incorporated herein,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. Dated this 4th day of March, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE